

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael J. Galloway, Appellant

No. 06-13-00157-CR     v.

The State of Texas, Appellee

Appeal from the Criminal District Court 4 of Dallas County of Dallas County, Texas (Tr. Ct. No. F-1054301-K). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect a plea of not true and a finding that appellant violated only conditions H, K, R and U. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Michael J. Galloway, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 22, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk